IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRYAN S. BEHRENS,** | ) | |
| | ) | |
|     **Plaintiff and** | ) | |
|     **Counterclaim-Defendant,** | ) | |
| | ) | |
| vs. | ) | 8:08CV523 |
| | ) | |
| **ARCH INSURANCE COMPANY,** | ) | ORDER |
| | ) | |
|     **Defendant and** | ) | |
|     **Counterclaim-Plaintiff.** | ) | |

    This matter is before the court on the motion of Thomas D. Stalnaker for leave to intervene in this proceeding. On July 28, 2008, Mr. Stalnaker was appointed as the Receiver of Bryan S. Behrens and National Investments, Inc. in *Securities & Exch. Comm'n v. Behrens, et al.*, Case No. 8:08CV13, Doc. 85. Rule response time has passed, and the court has not received any response in opposition to the motion.

    Upon review of the proposed pleading, and pursuant to Fed. R. Civ. P. 24(b)(1)(B),

    **IT IS ORDERED** that the motion for leave to intervene (Doc. 21) is granted, as follows:

1. Thomas D. Stalnaker, as Receiver of Bryan S. Behrens, may intervene as a plaintiff and counterclaim-defendant in this matter.

2. Mr. Stalnaker may file the Receiver's answer to the defendant's existing counterclaim and is given until and including **June 5, 2009** to file a response to Arch Insurance Company's pending motion (Doc. 23) for leave to file an amended counterclaim.

    **DATED May 21, 2009.**

                                                    BY THE COURT:

                                                  s/ F.A. Gossett
                                                  **United States Magistrate Judge**