# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRYAN S. BEHRENS,** | ) | 8:08CV523 |
| | ) | |
|    Plaintiff/Counterclaim- Defendant, | ) | |
| | ) | |
| and | ) | ORDER |
| | ) | |
| **THOMAS D. STALNAKER, as the Receiver of Bryan S. Behrens,** | ) | |
| | ) | |
|    Intervenor Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| **ARCH INSURANCE COMPANY,** | ) | |
| | ) | |
|    Defendant/Counterclaim-Plaintiff. | ) | |

This matter is before the Court on the Motions for Extension of Time filed by the Plaintiff/Counterclaim-Defendant Bryan S. Behrens and the Intervenor Plaintiff/Counterclaim-Defendant Thomas D. Stalnaker (Filing Nos. 37 and 38). The parties seek extensions of time to respond to Defendant/Counterclaim-Plaintiff Arch Insurance Company's Rule 12(c) Motion for Judgment on the Pleadings (Filing No. 34).[1] The motions indicate that counsel for Arch has been contacted and has no objections to the requested extension of time. The Court finds that the motions should be granted. Accordingly,

IT IS ORDERED:

1. The Motions for Extension of Time filed by the Plaintiff/Counterclaim-Defendant Bryan S. Behrens and the Intervenor Plaintiff/Counterclaim-

---

[1] Behrens requests a 7-day extension and Stalnaker requests a 17-day extension; however, both indicate that they are working together to prepare a brief in opposition to Arch's motion. Therefore, the Court finds that it would be prudent to set a common response date.

       Defendant Thomas D. Stalnaker (Filing Nos. 37 and 38) are granted; and

2.      The Plaintiff/Counterclaim-Defendant Bryan S. Behrens and the Intervenor Plaintiff/Counterclaim-Defendant Thomas D. Stalnaker shall respond to Arch Insurance Company's rule 12(c) Motion for Judgment on the Pleadings (Filing No. 34) by filing their briefs and indexes of evidence, if any, on or before August 17, 2009.

DATED this 30th day of July, 2009.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                United States District Judge